### 130 So.2d 219

### UNITED SECURITY LIFE INSURANCE CO.

v.

### Belle R. ST. CLAIR, Admrx.

### 6 Div. 720.

Supreme Court of Alabama.

May 18, 1961.

S. P. Keith, Jr., Birmingham, for petitioner.

Hogan, Callaway & Vance, Birmingham, opposed.

MERRILL, Justice.

Petition of United Security Life Insurance Company for certiorari to the Court of Appeals to review and revise the judgment and decision in United Security Life Ins. Co. v. St. Clair, 130 So.2d 213.

Writ denied.

LIVINGSTON, C. J., and LAWSON and STAKELY, JJ., concur.

### 130 So.2d 356

### Alexander WALDROP

v.

### STATE.

### 1 Div. 977.

Supreme Court of Alabama.

May 25, 1961.

MacDonald Gallion, Atty. Gen., and Robt. M. Hill, Jr., Asst. Atty. Gen., for petitioner.

Wilters & Brantley, Bay Minette, opposed.

GOODWYN, Justice.

Petition of the State for certiorari to the Court of Appeals to review and revise the judgment and decision in Waldrop v. State, 130 So.2d 355.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and COLEMAN, JJ., concur.